# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 846 |
| | : | |
| ORDER AMENDING RULES 127 | : | SUPREME COURT RULES |
| AND 1127 OF THE | : | |
| PENNSYLVANIA | : | DOCKET |
| RULES OF JUVENILE COURT | : | |
| PROCEDURE | : | |

## ORDER

**PER CURIAM**

      **AND NOW**, this 3rd day of August, 2020, upon the recommendation of the Juvenile Court Procedural Rules Committee, the proposal having been submitted without publication in the interests of justice and efficient administration pursuant to Pa.R.J.A. No. 103(a)(3):

      It is Ordered pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Pennsylvania Rules of Juvenile Court Procedure 127 and 1127 are amended in the attached form.

      This Order shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective on October 1, 2020.

Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and brackets.